FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

RECEIVED WD/AR NOV 21 2013

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
NOV 26 2013
CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

Marvin A. Acklin
(Enter above the full name of the plaintiff in this action.)

Prisoner ID No. 087448

V.

CASE NO. 13-6139

Corizon Med Services, ARC Director Ray Hobbs, Wendy Kelly, Dr. Ware, Dr. Kashif, Ms. Murry, Ms. Butler
(Enter above the full name of the defendant, or defendants, in this action.)

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____  No ✓

B. If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this lawsuit

Plaintiffs: N/A

Defendants: N/A

(Revised 12/2011)

-1-

2. Court (if federal court, name the district; if state, name the county): _____

_____

3. Docket number: _N/A_____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: _____

_____

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

Yes _✓___     No _____

B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. <u>FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.</u>

C. If your answer is NO, explain why not: _N/A_____

_____

_____

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of plaintiff: Marvin A. Acklin

Address: P.O. Box 1630
Malvern, AR. 72104-1475

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

B. Defendant: Corizan Medical Service
Position: ADC Medical Providers to Prisoners
Place of Employment: Pine Bluff, AR.
Address: Pine Bluff, AR.

Defendant: ADC Director Ray Hobbs
Position: Director of ADC
Place of Employment: Pine Bluff, AR.
Address: P.O. Box 8707 Pine Bluff, AR.

Defendant: Wendy Kelly
Position: Asst. Director of Medical Service (ADC)
Place of Employment: Pine Bluff, AR.
Address: P.O. Box 8707 Pine Bluff, AR.

Defendant: Dr. Warren
Position: ADC Doctor Cummins Unit

Place of Employment: Cummins Unit

Address: Grady, AR.

Defendant: DR. Kashif

Position: Dialasist Spencilist for ADC Nephrology

Place of Employment: ADC - Dept. of Corrections

Address: Pine Bluff, AR.

Ms. Murry and Ms. Butler Nurses at Cummins Unit, ~~Pine~~ Grady, AR.

V. Are you suing the defendants in: (check the appropriate blank)

\_\_\_\_ official capacity only
\_\_\_\_ personal capacity only
✓ both official and personal capacity

VI. At the time of the alleged incident(s), were you:
(check the appropriate blank)

\_\_\_\_ in jail and still awaiting trial on pending criminal charges
✓ serving a sentence as a result of a judgment of conviction
\_\_\_\_ in jail for other reasons (e.g., alleged probation violation, etc.)

Explain: This happen while I was in ADC at the Cummins Unit.

Please provide the date of your conviction or probation or parole revocation:

On or About 1992

VII. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The CMS Medical Dept. for the ADC DR. Warren

And Ms. M. Austin, Ms. Murray, Ms. Butler were deliberately indifference to my serious medical needs. DR. Warren stated on 10-15-10 that as the results of my blood work taken 10-13, showing that I have irreverceable Kidney and Liver damage. DR. Warren stopped all my medications for no reason and as a result today 10-26-10, I was very sick and my Blood pressure skyrocketed to 171/116. Since I was told of this Medical Condition I have not recieved any treatment I need to see a Kidney and/or liver specialist as soon as possible. I request that this case, that I be allowed to amend this complaint and hire a Atty. please. Violation of the 8th & 14th Amendment of the Constitution.

VIII. Relief

If you are seeking to recover damages from the named defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓ Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

✓ Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.

N/A

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this ___30___ day of ___Oct.___, 20_13_.

x _Marvin A. Acklin_
x _Marvin A. Acklin_
       **Signature of Plaintiff**

State of Arkansas
County of Hot Springs

Subscribed and sworn to before me, a Notary public, on this 31st day of October, 2013.

My Commission Expires: 10-14-2021



OFFICIAL SEAL
JASON GRAY
No. 12384737
HOT SPRING COUNTY
My Commission Expires 10-14-2021

Exhibit H

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center Cummins

Name Marvin Acklin

ADC# 87448   Brks # 2   Job Assignment Front Lawn

| FOR OFFICE USE ONLY |
|---|
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

10-26-10 (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

10-26-10 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: I feel that my life is in danger.

Is this Grievance concerning Medical or Mental Health Services? yes If yes, circle one: **medical** or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): CMS, Ms. M. Austin and Dr. Warren are deliberately indifferent to my serious medical needs. Dr. Warren stated on 10-15-10 that as the results of blood work taken 10-13-10 showing that I have irreversable kidney and liver damage. Dr. Warren stopped all medications. As a result, today I was sick and my blood pressure was 171/116. Since I was told of this medical condition I have not recieved any treatment. I need to see a kidney and/or liver specialist as soon as possible.

Marvin C. Acklin 87448                                      10-26-2010
Inmate Signature                                            Date

If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: Shari LPN   Date 10/26/10

COI C Harris           1900           COI C. Harris                    10-26-10
**PRINT** STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature           Date Received

Describe action taken to resolve complaint, including **dates**: _____

_____
Staff Signature & Date Returned                    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT430  
3GD

Attachment VI

**INMATE NAME:** Acklin, Marvin A.   **ADC#:** 087448   **GRIEVANCE#:** CU-10-01512

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

You grieve that on October 15, 2010, Dr. Warren discontinued all of your medications and he told you that your recent lab results indicated that you had irreversible kidney and liver damage but you had not seen a specialist by October 26. You claim indifference against him and Ms. Austin.

The Infirmary's formal response states that they mistakenly stated at the informal level that Ms. Murray had seen you on October 16; Ms. Butler discussed your case with her instead. However, you had been seen by Dr. Warren, he noted that your lab reports "suggested" that your renal problems may have been related to your medications so he changed your pills, ordered additional labs for continued monitoring and referred you to a nephrologist. They found your grievance without merit because your condition is being addressed by the unit physician and a referral had already been made. You continue to claim indifference in your appeal.

Records reflect that at your October 15 doctor's call visit, Dr. Warren noted that your creatinine, uric acid and BUN levels had increased over the past two years: 3/18/2008: BUN 23; CR 1.6; URATE 10.5; 12/10/2009: BUN 32; CR 2.3; URATE 10.7; 10/13/2010: BUN 54; CR 3.3; URATE 12.2, you were not hypertensive (B/P 120/90) nor anemic but you had been on Gemfibrozil for several years for your elevated cholesterol. Due to the above, he felt that your renal impairment was due to your medications, Gemfibrozil and/or Enalapril and/or Triamterene. He discontinued your above medications immediately, noted that your renal impairment should reverse and ordered repeat labs in one month and that he would consider a referral to a specialist if your levels continued to increase. You were seen by the nurse as a walk-in on October 26, your blood pressure was 170/110, she discussed the matter with the APN, Ms. Murray and you were ordered Metoprolol 50mg and HCTZ 25mg both once daily and blood pressure checks daily for one week. Dr. Warren reviewed your labs on November 12, noted that your CR (3.6) had increased a "little" but your BUN (44) and uric acid (11.6) had both decreased, you were ordered Amlodipine 5mg once daily for six months, on November 19 he noted that your CR remained at 3.6, he ordered repeat labs next month "nephrology consult to follow". The Nephrologist, Dr. Kashif, examined you on November 24, he recommended a renal ultrasound then a follow-up, your ultrasound was completed on December 13, your specialist's follow-up was completed on January 26 and your next visit was approved on February 1, your appointment is pending at this time. You were seen last by Dr. Warren on January 26.

Your claims of indifference are unfounded as the unit providers and Dr. Kashif continue to monitor and treat your condition; therefore, your appeal is found without merit.

*Wendy Kelley*   2/8/11

IGTT430   Page 1 of 2